No. 80–1529.  NEW YORK *v.* MACKENZIE.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied. ▀

No. 80–1601.  CROATAN BOOKS, INC. *v.* VIRGINIA.  Cir. Ct. Fairfax County, Va.  Certiorari denied.  JUSTICE BRENNAN, JUSTICE STEWART, and JUSTICE MARSHALL would grant the petition and reverse the judgment of conviction.

No. 80–1884.  MEMOREX CORP. ET AL. *v.* INTERNATIONAL BUSINESS MACHINES CORP.  C. A. 9th Cir.  Motion of Transamerica Computer Co., Inc., for leave to file a brief as *amicus curiae* granted.  Certiorari denied.  JUSTICE BLACKMUN and JUSTICE STEVENS took no part in the consideration or decision of this motion and this petition. ▀

No. 80–2111.  AMERICAN BELL INTERNATIONAL, INC. *v.* ISLAMIC REPUBLIC OF IRAN ET AL.  C. A. D. C. Cir.  Motion of petitioner to expedite consideration of the petition for writ of certiorari granted.  Certiorari before judgment denied.  JUSTICE STEWART took no part in the consideration or decision of this motion and this petition.

No. 80–6437.  MCMORRIS *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.  JUSTICE MARSHALL would grant certiorari. ▀

No. 80–6740.  BRITZ *v.* PRESBYTERIAN UNIVERSITY HOSPITAL.  C. A. 3d Cir.  Motion of respondent for damages denied.  Certiorari denied. ▀

No. 80–6799.  LAYTON *v.* UNITED STATES.  C. A. 9th Cir.  Motion of petitioner to expedite consideration of the petition for writ of certiorari granted.  Certiorari denied. ▀